Appeals denied, without costs. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

New York Consolidated Railroad Company, Respondent, v. The City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

The People's Trust Company, as Trustee, etc., Appellant, Respondent, v. William O'Meara and Others, Respondents, Appellants, and Maurice O'Meara Company, Defendant.— Motion for reargument of the motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

The People's Trust Company, as Trustee, etc., Appellant, Respondent, v. William O'Meara and Others, Respondents, Appellants, and Maurice O'Meara Company, Defendant.— Motion to resettle order granted, and order signed. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

Henry O. Pond, Respondent, v. Edwin B. Cadwell, Appellant.— Motion for stay granted, without costs. Present — Kelly, P. J., Jaycox, Kelby and Young, JJ.; Kapper, J., taking no part. Settle order on notice.

Maria Ruth, Appellant, v. Ellen Kenny and Others, Respondents.— Motion to dismiss appeal adjourned to April 2, 1923, to enable appellant to procure new counsel. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

Sylvan Seelig, etc., Respondent, v. Allied Cleaning and Dyeing Corporation and Others, Appellants.— Motion to dismiss appeal denied, without costs, on condition that appellant perfect the appeal for the April term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

Gus Seelig, Respondent, v. Allied Cleaning and Dyeing Corporation and Others, Appellants.— Motion to dismiss appeal denied, without costs, on condition that appellant perfect the appeal for the April term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

Lillian M. Strickland, Respondent, v. Oscar Cantor, Appellant.— Motion for stay denied, without costs. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

Samuel Tuchband, Respondent, v. Alexander Simchow, Appellant, Impleaded with Another, Defendant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

John G. Underhill, Respondent, v. Joseph M. Schenck and Others, Appellants.— Motion for stay denied, with ten dollars costs. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

Julius Weinberg, Appellant, v. Richard J. Driscoll, Defendant, and the Tarrytown Hygeia Ice Company, Inc., Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.